| | | |
|---|---|---|
| | **MARC WHITEHEAD & ASSOCIATES, L.L.P.**<br>**ATTORNEYS AT LAW** | |
| Marc Whitehead, Esq.<br>*Board Certified*<br>*Personal Injury Trial Law*<br>*Texas Board of Legal Specialization*<br><br>*Board Certified*<br>*Social Security Disability Law*<br>*National Board of Social Security*<br>*Disability Advocacy*<br><br>Valerie Norwood, Esq.<br>Anthony Vessel, Esq. | **5300 Memorial Drive, Suite 725**<br>**Houston, Texas 77007**<br>Telephone: (713) 228-8888<br>Facsimile (713) 225-0940<br>Toll Free: (800) 562-9830<br>www.marcwhitehead.com<br>marc@marcwhitehead.com | **Melanie Donaldson/Paralegal**<br>**Theresa Foster/Paralegal**<br>**Leslie Hall/Paralegal**<br>**Marilyn Gonzalez/Paralegal**<br>**Sarah Akin/Paralegal**<br>**Linda Bell/Paralegal**<br>**Jessica Villareal/Paralegal** |

September 20, 2013


United States District Clerk
515 Rusk
Houston, Texas 77001


Re:   CA 4:13-cv-2776; Michele Bistany vs. Reliance Standard Life Insurance Company; In the United States District Clerk for the Southern District of Texas; Houston Division

Dear Sirs:

This document has been filed as an Amended Complaint as the original filing for the Complaint was filed with an incorrect document attached.

Please contact our office if you have questions or need anything further.

Sincerely,

/s/ Melanie Donaldson

Melanie Donaldson
Paralegal