| | | | |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 4 | Active Date | 03/19/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | 1.) Follow up with my request for Dr. Salvato's medical records from 06.10.2009 to the present. 713.961.3085 2.) Follow up with my request for Dr. Venkatesh's medical records from 09.23.2009 to the present. 281.358.7061 3.) Follow up with my request for Dr. Sadeghi's medical records from 12.01.2009 to the present. 713.467.8585 |
| Assigned To | CE-LTD -> 426jrx | Locked By | |
| Description | INCOMING DOCUMENT., FileNetID-315922614 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 03/23/2010 |
| Warning Date | | Due Date | 03/23/2010 |
| Completed Date | 03/23/2010 | Details | Not PACS generated FileNet Document, FileNetID-315922614 for Claim 2009-01-09-0136-LTD-01 |
| Assigned To | CE-LTD -> 426jrx | Locked By | |
| Description | INCOMING DOCUMENT., FileNetID-315922779 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 03/23/2010 |
| Warning Date | | Due Date | 03/23/2010 |
| Completed Date | 03/23/2010 | Details | Not PACS generated FileNet Document, FileNetID-315922779 for Claim 2009-01-09-0136-LTD-01 |
| Assigned To | CE-LTD -> 426jrx | Locked By | |
| Description | INCOMING DOCUMENT., FileNetID-315922808 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 03/23/2010 |

AR0261

| | | | |
|---|---|---|---|
| Warning Date | | Due Date | 03/23/2010 |
| Completed Date | 03/23/2010 | Details | Not PACS generated FileNet Document, FileNetID-315922808 for Claim 2009-01-09-0136-LTD-01 |

| | | | |
|---|---|---|---|
| Assigned To | CE-LTD -> 426jrx | Locked By | |
| Description | Follow up: Initial follow up name change | | |
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 4 | Active Date | 03/26/2010 |
| Warning Date | | Due Date | 04/12/2010 |
| Completed Date | 04/12/2010 | Details | |

| | | | |
|---|---|---|---|
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 8 - Salvato | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |

| | | | |
|---|---|---|---|
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 9 - Salvato - Fax | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |

| | | | |
|---|---|---|---|
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 10 - Venkatesh | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |

| | | | |
|---|---|---|---|
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 11 - Venkatesh - Fax | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 12 - Sadeghi | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 13 - Sadeghi - Fax | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 14 - CC - Medical | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD -> 426jrx | Locked By | |

AR0263

| Description | Follow up: Initial follow up medical records | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 10 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/20/2010 |
| Completed Date | 04/15/2010 | Details | Follow up with my initial follow up request for Dr. Venkatesh's medical records from 09.23.2009 to the present. 281.358.7061 |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 15 - Salvato | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 16 - Salvato - Fax | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 17 - Venkatesh | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 18 - Venkatesh - Fax | | |

| | | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 19 - Sadeghi | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 20 - Sadeghi - Fax | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD | Locked By | |
| Description | Sent FOLLOWUP pkg 21 - CC - Medical | | |
| Status | COMPLETE | Task Type | System Notification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |
| Warning Date | | Due Date | 04/05/2010 |
| Completed Date | 04/05/2010 | Details | |
| Assigned To | CE-LTD -> 426jrx | Locked By | |
| Description | INCOMING DOCUMENT., FileNetID-316315337 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/05/2010 |